AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 13, 2020

SEAN F. McAVOY, CLERK

YASIR M. MAJEED,

_____
*Plaintiff*
v.
JESSICA PEARL, TRACY KESSLER, KEN JENNINGS,
JEFFREY UTTECHT, MARY BETH FLYGARE,
MARY CURREY, and RONNA COLE,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   4:20-cv-05011-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 15) is GRANTED.
Plaintiff's motion to waive the filing fee (ECF No. 16) is GRANTED.
All claims are DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   SALVADOR MENDOZA, JR. _____   on a motion to
Voluntarily Dismiss Complaint.

Date:  10/13/2020 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Allison Yates _____
*(By) Deputy Clerk*

Allison Yates _____